UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FIDELITY and GUARANTY
INSERT INSURANCE COMPANY,

        Plaintiff,

    v.

KAMA LTD., STEVE MARIN, and
OXANA MARIN,

        Defendants.

NO. CIV. S-03-1882 FCD GGH

ORDER TO SHOW CAUSE

----oo0oo----

        Plaintiff filed this action on September 11, 2003. On February 4, 2004 and February 25, 2004, plaintiff filed a return of service executed as to defendants Oxana Marin and Steve Marin, respectively.  Plaintiff filed a status report on March 22, 2004 informing the court that defendants Steve Marin and Oxana Marin had filed a Chapter 7 Bankruptcy case and all further proceedings against them was suspended. On July 8, 2004, plaintiff requested default to be entered against defendant Kama Ltd, and default was entered in

1  accordance with F.R.C.P 55(a) on July 13, 2004.
2      As of May 10, 2005 no further action has been taken by
3  plaintiff for final resolution of this action against the
4  remaining defendant.
5      Accordingly, the court makes the following orders:
6      1.  Plaintiff's counsel is ordered to show cause why
7  plaintiff's case should not be dismissed for failure to
8  prosecute.
9      2.  Plaintiff's counsel shall file a response to the order
10 to show cause on or before June 3, 2005.
11     3.  A hearing on this order to show cause is set for
12 Friday, June 10, 2005 at 10:00 a.m.
13     IT IS SO ORDERED.
14 DATED: May 10, 2005.

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, Jr.
                                        UNITED STATES DISTRICT JUDGE