UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FIDELITY AND GUARANTY
INSURANCE COMPANY,
                                        No. Civ. S-03-1882 FCD/GGH
            Plaintiff,

     v.                          ORDER

KAMA, LTD, STEVE MARIN, and
OXANA MARIN,
            Defendants.
_____/
```

On May 10, 2005, plaintiff's counsel, Joel M. Long, was ordered to show cause why the above action should not be dismissed for failure to prosecute.  The court ordered counsel to file his response to the Order to Show Cause on or before June 3, 2005, and appear at a hearing set for June 10, 2005 at 10:00 a.m.  The court has received counsel's response and makes the following orders:

    1.    Plaintiff's case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), at the request of plaintiff;

///

2.   The order to show cause is DISCHARGED and the hearing set for June 10, 2005 is VACATED.

IT IS SO ORDERED.

DATED: June 6, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge